FILED
NOV 18 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JEFFREY C. CRICKS, et al.,<br><br>　　　　　Defendants. | Case No.: 3:19-cv-1422-BEN-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**[Doc. 28]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly move to dismiss this action with prejudice. The motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

DATED: November 15, 2019

HON. ROGER T. BENITEZ
United States District Judge